THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Robert
 Dukes, Appellant.
 
 
 

Appeal From Pickens County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2009-UP-334
Submitted May 1, 2009  Filed June 15,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  John R.
 Dukes appeals his guilty pleas and sentences for two counts of possession of
 crack cocaine, two counts of possession of crack cocaine with intent to
 distribute, and distribution of crack cocaine, arguing the plea court abused
 its discretion during sentencing.  After a thorough review of the record and counsels brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.